AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 7:23mj106 | Date and time warrant executed: 9/8/2023 6:00 AM | Copy of warrant and inventory left with: Ms. Tiffany Fast |
| Inventory made in the presence of: ATF TFO Matthew Knabb |||

Inventory of the property taken and name(s) of any person(s) seized:

No items seized

**Received in Chambers**
By Reliable Electronic Means

September 8, 2023

**Hon. Robert S. Ballou**
**United States District Judge**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/8/2023

_Executing officer's signature_

ATF TFO Brian McBride
_Printed name and title_